# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jemimah Walters, *on behalf of herself and others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| Healthfirst, Inc. and Inovalon, Inc., | ) ) ) |
| Defendants. | ) ) ) |

Case No.

CLASS ACTION COMPLAINT

JURY TRIAL DEMANDED

**Nature of this Action**

1. Jemimah Walters ("Plaintiff") brings this class action against Healthfirst, Inc. ("Healthfirst") and Inovalon, Inc. ("Inovalon") (together, "Defendants") under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. Section 227(b)(1)(A)(iii) of the TCPA sets forth restrictions on the use of artificial or prerecorded voice calls, and provides in pertinent part:

> It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
>
> *****
>
> (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

3. Upon information and good faith belief, Defendants routinely violate 47 U.S.C. § 227(b)(1)(A)(iii) by using an artificial or prerecorded voice in connection with non-emergency calls they place to telephone numbers assigned to a cellular telephone service,

1

without prior express consent.

4. More specifically, upon information and good faith belief, Defendants routinely use an artificial or prerecorded voice in connection with non-emergency calls they place to wrong or reassigned cellular telephone numbers.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction under 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

6. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b) as Plaintiff received Defendants' violative calls in this district.

## Parties

7. Plaintiff is a natural person.

8. Plaintiff resides in Brooklyn, New York.

9. Healthfirst is New York's largest not-for-profit health insurer.[1]

10. Healthfirst has its principal office in New York, New York.

11. Inovalon is a provider of cloud-based solutions to healthcare companies.[2]

12. Inovalon has its principal office in Bowie, Maryland.

13. Inovalon has provided services to Healthfirst since 2009, which services include "Inovalon's integrated solution suite leverag[ing] healthcare data, associated

---

[1] https://healthfirst.org/about-us (last accessed January 18, 2024).

[2] https://www.inovalon.com/products/the-inovalon-one-platform/ (last accessed January 18, 2024).

analytics, and a sophisticated combination of technical and operational infrastructure to empower highly focused patient and provider encounter facilitation and support."[3]

14. In 2011, Defendants expanded their relationship to implement Inovalon's services across more of Healthfirst's lines of business.[4]

## Factual Allegations

15. Plaintiff is, and has been, since approximately March 2020, the sole and customary user of and subscriber to her cellular telephone number—(XXX) XXX-7420.

16. Beginning in approximately August 2023, Inovalon, at the direction of Healthfirst, began placing calls to telephone number (XXX) XXX-7420.

17. On or about October 11, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed a call, to telephone number (XXX) XXX-7420.

18. In connection with this call Inovalon delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call. Thank you and have a nice day.

19. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

20. When dialed, telephone number (844) 823-9406 plays an automated greeting that begins: "Thank you for calling Inovalon, partnering with Healthfirst . . . ."

---

[3] https://www.cmocro.com/news_detail/Healthfirst+Expands+Relationship+with+Inovalon/227951/index.html (last accessed January 18, 2024).

[4] *Id.*

3

21. On or about October 16, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

22. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

23. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

24. On or about November 4, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

25. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

26. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

27. On or about November 7, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

28. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call. Thank you and have a nice day.

29. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

30. On or about November 8, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

31. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

32. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

33. On or about November 27, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

34. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

35. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

36. On or about November 30, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

37. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

38. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

39. On or about December 4, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

40. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

41. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

42. On or about December 6, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

43. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

44. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

45. On or about December 8, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

46. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call. Thank you.

47. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

48. On or about December 11, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

49. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

50. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

51. On or about December 13, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

52. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

53. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

54. On or about December 15, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

55. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

56. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

57. On or about December 18, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

58. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

59. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

60. On or about December 20, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

61. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

62. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

63. On or about December 21, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

64. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

65. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

66. On or about December 29, 2023, Inovalon, at the direction of Healthfirst, placed or caused to be placed another call, to telephone number (XXX) XXX-7420.

67. In connection with this call Inovalon again delivered, or caused to be delivered, at the direction of Healthfirst, an artificial or prerecorded voice message stating:

> Hello. Hello. This is Inovalon calling on behalf of Healthfirst. This message is for Sammy Gonzalez. Please give us a call back at your earliest convenience. Our toll-free number is area code (844) 823-9406. An agent is available Monday through Friday from 8 am to 5 pm to answer your call.

68. The tone and speech pattern of this voice message, which Plaintiff received and listened to, are consistent with the use of an artificial or prerecorded voice, and not consistent with live speech.

69. Defendants placed their calls to telephone number (XXX) XXX-7420 intending to reach "Sammy Gonzalez."

70. Plaintiff is not "Sammy Gonzalez."

71. Plaintiff does not know "Sammy Gonzalez."

72. Plaintiff does not have, and never had, an account with Healthfirst.

73. Plaintiff does not have, and never had, a health plan with Healthfirst.

74. Plaintiff does not have, and never had, any business relationship with Inovalon.

75. Plaintiff did not provide telephone number (XXX) XXX-7420 to Healthfirst in connection with Sammy Gonzalez's account or health plan.

76. Plaintiff did not provide telephone number (XXX) XXX-7420 to Inovalon.

77. Plaintiff did not provide Healthfirst with consent to place or cause to be placed calls to telephone number (XXX) XXX-7420 in connection with Sammy Gonzalez's account or health plan, in connection with which Healthfirst used or caused to be used an artificial or prerecorded voice.

78. Plaintiff did not provide Inovalon with consent to place or cause to be placed calls to telephone number (XXX) XXX-7420, in connection with which it used or caused to be used an artificial or prerecorded voice.

79. Healthfirst did not have Plaintiff's prior express consent to place or caused to be placed any calls to telephone number (XXX) XXX-7420 in connection with Sammy Gonzalez's account or health plan.

80. Inovalon did not have Plaintiff's prior express consent to place or caused to be placed any calls to telephone number (XXX) XXX-7420.

81. Inovalon, on behalf of Healthfirst, placed or caused to be placed the subject calls to telephone number (XXX) XXX-7420 for non-emergency purposes.

82. Healthfirst caused to be placed the subject calls to telephone number (XXX) XXX-7420 for non-emergency purposes.

83. Inovalon, on behalf of Healthfirst, placed or caused to be placed the subject calls to telephone number (XXX) XXX-7420 voluntarily.

84. Healthfirst caused to be placed the subject calls to telephone number (XXX) XXX-7420 voluntarily.

85. Inovalon, on behalf of Healthfirst, placed or caused to be placed the subject calls to telephone number (XXX) XXX-7420 under its own free will.

86. Healthfirst caused to be placed the subject calls to telephone number (XXX) XXX-7420 under its own free will.

87. Inovalon had knowledge it was using or causing to be used an artificial or prerecorded voice in connection with the subject calls it placed or caused to be placed to telephone number (XXX) XXX-7420.

88. Healthfirst had knowledge that Inovalon was using an artificial or prerecorded voice in connection with the subject calls it placed or caused to be placed to telephone number (XXX) XXX-7420.

89. Defendants' records, individually or collectively, will identify each call Inovalon placed or caused to be placed, on behalf of Healthfirst, to telephone number (XXX) XXX-7420.

90. Defendants' records, individually or collectively, will identify each prerecorded voice message Inovalon played or delivered, or caused to be played or delivered, or attempted to play or deliver, or caused to be attempted to be played or delivered, on behalf of Healthfirst, to telephone number (XXX) XXX-7420.

91. Plaintiff suffered actual harm as a result Defendants' subject calls to telephone number (XXX) XXX-7420, in connection with which Defendants used or caused to be used an artificial or prerecorded voice message, in that Plaintiff suffered an invasion of privacy, an intrusion into her life, and a private nuisance.

92. Plaintiff found Defendants' artificial or prerecorded voice messages to be irritating and invasive.

93. Upon information and good faith belief, Defendants, as a matter of pattern and practice, use or cause to be used an artificial or prerecorded voice in connection with calls

they place or caused to be placed to telephone numbers assigned to a cellular telephone service, absent prior express consent.

### Class Action Allegations

94. Plaintiff brings this action under Federal Rule of Civil Procedure 23, and as a representative of the following class:

> All persons throughout the United States (1) to whom Inovalon, Inc. placed, or caused to be placed, a call, (2) on behalf of Healthfirst, Inc., (3) directed to a telephone number assigned to a cellular telephone service, but not assigned to a person who has or had a Healthfirst, Inc. account or health plan, (4) in connection with which Inovalon, Inc. used an artificial or prerecorded voice, (5) from four years prior to the filing of this complaint through the date of class certification.

95. Excluded from the class are Defendants, Defendants' officers and directors, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which either defendant has or had a controlling interest.

96. Upon information and belief, the members of the class are so numerous that joinder of all of them is impracticable.

97. The exact number of the members of the class is unknown to Plaintiff at this time and can be determined only through appropriate discovery.

98. The proposed class is ascertainable because it is defined by reference to objective criteria.

99. In addition, the members of the class are identifiable in that, upon information and belief, their telephone numbers, names, and addresses can be identified in business records maintained by Defendants and by third parties, including class members.

100. Plaintiff's claims are typical of the claims of the members of the class.

101. As it did for all members of the class, Defendants placed calls to Plaintiff's cellular telephone number in connection with which they used an artificial or prerecorded

voice.

102. Plaintiff's claims, and the claims of the members of the class, originate from the same conduct, practice, and procedure on the part of Defendants.

103. Plaintiff's claims are based on the same theories as the claims of the members of the class.

104. Plaintiff suffered the same injuries as the members of the class.

105. Plaintiff will fairly and adequately protect the interests of the members of the class.

106. Plaintiff's interests in this matter are not directly or irrevocably antagonistic to the interests of the members of the class.

107. Plaintiff will vigorously pursue the claims of the members of the class.

108. Plaintiff has retained counsel experienced and competent in class action litigation.

109. Plaintiff's counsel will vigorously pursue this matter.

110. Plaintiff's counsel will assert, protect, and otherwise represent the members of the class.

111. The questions of law and fact common to the members of the class predominate over questions that may affect individual members of the class.

112. Issues of law and fact common to all members of the class are:

    a. Defendants' violations of the TCPA;

    b. Defendants' conduct, pattern, and practice as it pertains to dialing wrong or reassigned cellular telephone numbers;

    c. Defendants' conduct, pattern, and practice as it pertains to placing calls in connection with which they used an artificial or prerecorded voice to wrong or reassigned cellular telephone numbers;

    d. Defendants' use of an artificial or prerecorded voice; and

    e. The availability of statutory penalties.

113. A class action is superior to all other available methods for the fair and efficient adjudication of this matter.

114. If brought and prosecuted individually, the claims of the members of the class would require proof of the same material and substantive facts.

115. The pursuit of separate actions by individual members of the class would, as a practical matter, be dispositive of the interests of other members of the class, and could substantially impair or impede their ability to protect their interests.

116. The pursuit of separate actions by individual members of the class could create a risk of inconsistent or varying adjudications, which might establish incompatible standards of conduct for Defendants.

117. These varying adjudications and incompatible standards of conduct, in connection with presentation of the same essential facts, proof, and legal theories, could also create and allow the existence of inconsistent and incompatible rights within the class.

118. The damages suffered by individual members of the class may be relatively small, thus, the expense and burden to litigate each of their claims individually make it difficult for the members of the class to redress the wrongs done to them.

119. The pursuit of Plaintiff's claims, and the claims of the members of the class, in one forum will achieve efficiency and promote judicial economy.

120. There will be little difficulty in the management of this action as a class action.

### Count I: Violation of 47 U.S.C. § 227(b)(1)(A)(iii)
### Against Inovalon

121. Plaintiff repeats and re-alleges each and every factual allegation contained in paragraphs 1 through 120.

122. Inovalon violated 47 U.S.C. § 227(b)(1)(A)(iii) by using an artificial or prerecorded voice in connection with calls it placed on behalf of Healthfirst to Plaintiff's cellular telephone number, and to the cellular telephone numbers of the members of the class, without consent.

123. Inovalon willfully and knowingly violated 47 U.S.C. § 227(b)(1)(A)(iii) in that it willfully and knowingly used an artificial or prerecorded voice in connection with calls it placed on behalf of Healthfirst to Plaintiff's cellular telephone number, and to the cellular telephone numbers of the members of the class, without consent.

124. As a result of Inovalon's violations of 47 U.S.C. § 227(b)(1)(A)(iii), Plaintiff and the members of the class are entitled to damages in an amount to be proven at trial.

### Count II: Violation of 47 U.S.C. § 227(b)(1)(A)(iii)
### Against Healthfirst

125. Plaintiff repeats and re-alleges each and every factual allegation contained in paragraphs 1 through 120.

126. Healthfirst is vicariously liable under 47 U.S.C. § 227(b)(1)(A)(iii) for directing, approving, or ratifying Inovalon's use of an artificial or prerecorded voice in connection with calls Inovalon placed on Healthfirst's behalf to Plaintiff's cellular telephone number, and to the cellular telephone numbers of the members of the class, without consent.

127. Given Defendants' longstanding relationship and the content of Inovalon's artificial or prerecorded voice messages directed to Plaintiff's cellular telephone number on

behalf of Healthfirst, Inovalon acted with Healthfirst's actual or apparent authority in placing the subject telephone calls to Plaintiff's cellular telephone number and to the cellular telephone numbers of the members of the class.

128. Alternatively, given Defendants' longstanding relationship and the content and quantity of Inovalon's artificial or prerecorded voice messages directed to Plaintiff's cellular telephone number on behalf of Healthfirst over the course of several months, Healthfirst ratified Inovalon's subject telephone calls to Plaintiff's cellular telephone number and to the cellular telephone numbers of the members of the class.

129. Healthfirst is vicariously liable under 47 U.S.C. § 227(b)(1)(A)(iii) for directing, approving, or ratifying Inovalon's willful and knowing use of an artificial or prerecorded voice in connection with calls Inovalon placed on its behalf to Plaintiff's cellular telephone number, and to the cellular telephone numbers of the members of the class, without consent.

130. As a result of Healthfirst's violations of 47 U.S.C. § 227(b)(1)(A)(iii), Plaintiff and the members of the class are entitled to damages in an amount to be proven at trial.

## Prayer for Relief

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Determining that this action is a proper class action;

b) Designating Plaintiff as a representative of the class under Federal Rule of Civil Procedure 23;

c) Designating Plaintiff's counsel as class counsel under Federal Rule of Civil Procedure 23;

d) Adjudging and declaring that Defendants violated 47 U.S.C. § 227(b)(1)(A)(iii);

e) Awarding Plaintiff and the members of the class damages under 47 U.S.C. § 227(b)(3)(B);

f) Awarding Plaintiff and the members of the class treble damages under 47 U.S.C. § 227(b)(3);

g) Awarding Plaintiff and the class reasonable attorneys' fees, costs, and expenses under Rule 23 of the Federal Rules of Civil Procedure;

h) Awarding Plaintiff and the members of the class any pre-judgment and post-judgment interest as may be allowed under the law; and

i) Awarding such other and further relief as the Court may deem just and proper.

## Demand for Jury Trial

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all triable issues.

Date: January 18, 2024

*/s/ Brittany Weiner*
Brittany Weiner
Imbesi Law Group
1501 Broadway, 12th Fl
New York, NY 10036 Tel:
(646) 767-2271
brittany@lawilg.com

Jesse S. Johnson (to seek admission *pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class*